## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD MUELLER,       Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 21-898 |
| SUNBEAN PRODUCTS INC. d/b/a PRESTIGE HOME COMFORT/ELITE GROUP, INC.,       Defendant. | : : : : | |

## ORDER

**AND NOW**, this **22nd day** of **April, 2021**, it is **ORDERED** that the Partial Motion to Dismiss of Defendant, Sunbeam Products, Inc., d/b/a Prestige Home Comfort/Elite Group, Inc. Pursuant to Fed. Rule Civ. P. 12(b)(6) (ECF No. 2) is **GRANTED without prejudice** and Plaintiff's breach of express warranties claim is **DISMISSED**.

It is further **ORDERED** that Plaintiff may file an amended complaint **on or before May 10, 2021**.


　　　　　　　　　　　　　　　　　　　 _S/Anita B. Brody_
　　　　　　　　　　　　　　　　　　　 ANITA B. BRODY, J.


Copies **VIA ECF** on　　　　　　　　Copies mailed _____ to:

1